UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MYRELL BERGERON** | **CIVIL ACTION NO.** |
| v. | **2:21-cv-00507-NJB-KWR** |
| **LCMC** | **JUDGE NANNETTE JOLIVETTE BROWN** |
| | **MAGISTRATE JUDGE KAREN WELLS ROBY** |

## LCMC URGENT CARE, LLC'S CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel, comes Defendant LCMC Urgent Care, LLC ("Defendant"), improperly identified as LCMC, and files this corporate disclosure statement in accordance with Federal Rule of Civil Procedure 7.1:

Defendant is a Delaware Limited Liability Company, owned 50% by Premier Health Consultants, LLC (a Louisiana LLC) and 50% by Crescent City Physicians, Inc. (a Louisiana corporation).

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**


BY: _/s/ Christine M. White_
      Christine Marie White (#28804)
      201 St. Charles Avenue, Suite 3600
      New Orleans, LA 70170
      Telephone: (504) 566-8634
      Facsimile: (504) 636-3975
      Email: cmwhite@bakerdonelson.com


**COUNSEL FOR LCMC URGENT CARE, LLC**


**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of September 2021, the foregoing document was served on all counsel of record by causing a copy of same to be electronically filed with the Clerk of Court using the CM/ECF system and/or by U.S. Mail and Email.

                      _s/ Christine M. White_
                      CHRISTINE M. WHITE