**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **MYRELL BERGERON**<br><br>**v.**<br><br>**LCMC** | **CIVIL ACTION NO.**<br><br>**2:21-cv-00507-NJB-KWR**<br><br>**JUDGE NANNETTE JOLIVETTE BROWN**<br><br>**MAGISTRATE JUDGE KAREN WELLS ROBY** |

**MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD**

NOW INTO COURT, through undersigned counsel, comes Defendant LCMC Urgent Care, LLC ("Defendant"), improperly identified as LCMC, which, pursuant to Local Rule 83.2.12(A), moves this Honorable Court for an Order allowing Emily Olivier Kesler (La. Bar No. 37747, ekesler@bakerdonelson.com), of the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, to be enrolled as additional counsel of record, and included for purposes of receiving CM/ECF notice, for Defendant LCMC Urgent Care, LLC ("Defendant"), together with Christine M. White of the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, who is already enrolled as counsel of record for Defendant in the captioned proceeding.

WHEREFORE, Defendant, LCMC Urgent Care, LLC respectfully urges this Honorable Court to grant the instant motion.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, PC**

BY: *_/s/ Christine M. White_____*
Christine Marie White (#28804)
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Telephone: (504) 566-8634
Facsimile: (504) 636-3975
Email: cmwhite@bakerdonelson.com

**COUNSEL FOR LCMC URGENT CARE, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of September 2021, the foregoing document was served on all counsel of record by causing a copy of same to be electronically filed with the Clerk of Court using the CM/ECF system and/or by U.S. Mail and Email.

*s/ Christine M. White*
CHRISTINE M. WHITE