**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **MYRELL BERGERON** | **CIVIL ACTION NO.** |
| | **2:21-cv-00507-NJB-KWR** |
| **v.** | **JUDGE NANNETTE JOLIVETTE BROWN** |
| **LCMC** | **MAGISTRATE JUDGE KAREN WELLS ROBY** |

**O R D E R**

The foregoing Motion to Enroll Additional Counsel of Record having been duly considered,

**IT IS HEREBY ORDERED** that Emily Olivier Kesler (La. Bar No. 37747; ekesler@bakerdonelson.com) of the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC be and is hereby enrolled as additional counsel of record, for defendant, LCMC Urgent Care, LLC, in the captioned proceeding.

New Orleans, Louisiana, this the ______ day of September, 2021.

U.S. DISTRICT COURT JUDGE