MINUTE ENTRY
ROBY, M. J.
March 24, 2022

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**MYRELL BERGERON**                                    **CIVIL ACTION**

**VERSUS**                                             **NO:**   **21-0507**

**LCMC**                                               **SECTION:** **"G" (4)**

## ORDER

A Settlement Conference was held on this date. Participating were: Jessica Vasquez, Charlsey Wolff representing the plaintiffs; Myrell Bergeron, plaintiff; Christine White representing the defendant; and Courtney Wilson, intervenor. The parties were unable to reach a settlement. However, negotiations are ongoing.

**IT IS ORDERED** that another **Settlement Conference by VIDEO**[1] is set before Magistrate Judge Roby on **March 31, 2022, at 2:00 PM**

Each party shall email, in confidence, a concise position letter or memorandum **outlining the settlement position of the party, including the case number, case name, and be no longer than three pages double spaced** of the evidence the party expects to produce at trial **at least two (2) days before the conference**. <u>The email address is</u>:   <u>efile-roby@laed.uscourts.gov</u>. The email subject line should be: "Settlement Position Paper for 21-0507 "G" on 03/31/22." <u>All counsel are to have access to someone with full authority</u>.

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

MJSTAR: 2:00

---

[1] Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.