UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MYRELL BERGERON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-507** |
| **LCMC URGENT CARE, LLC** | **SECTION: "G"** |

### ORDER

This matter is set for a pretrial conference on Tuesday, April 19, 2022 at 2:00 PM.[1]

**IT IS HEREBY ORDERED** that the pretrial conference will proceed via videoconference. Counsel will receive a Zoom link from chambers. Only counsel of record are permitted to appear at the conference.

**IT IS FURTHER ORDERED** that each person granted remote access to the pretrial conference conducted by Zoom must abide by the general prohibition against photographing, recording, and rebroadcasting of court proceedings.

**NEW ORLEANS, LOUISIANA**, this 18th day of April, 2022.

_____
NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] *See* Rec. Doc. 18.

1