UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MYRELL BERGERON<br><br>    Plaintiff,<br><br>    v.<br><br>LCMC<br><br>    Defendant. | CIVIL ACTION<br><br>No.: 2:21-CV-507<br><br><br>JUDGE NANNETTE JOLIVETTE BROWN<br><br>MAGISTRATE KAREN WELLS ROBY |

### **DEFENDANT'S PROPOSED JURY VERDICT FORM**

*ADA/LEDL Failure to Accommodate Claim*

**Question No. 1**

Did Plaintiff Myrell Bergeron have a disability?

Answer "Yes" or "No."

_____

If you answered "Yes" to Question No. 1, then answer Question No. 2.

If you answered "No" to Question No. 1, then answer Question No. 8.

**Question No. 2**

Did Plaintiff Myrell Bergeron's disability substantially limit a major life activity?

Answer "Yes" or "No."

_____

If you answered "Yes" to Question No. 2, then answer Question No. 3.

If you answered "No" to Question No. 2, then answer Question No. 8.

**Question No. 3**

Did Defendant LCMC Urgent Care, LLC fail to reasonably accommodate Plaintiff Myrell Bergeron's disability?

Answer "Yes" or "No."

_____

If you answered "Yes" to Question No. 3, then answer Question No. 4.

If you answered "No" to Question No. 3, then answer Question No. 8.

**Question No. 4**

Did Defendant LCMC Urgent Care, LLC engage in "good-faith efforts" to find a reasonable accommodation for Plaintiff Myrell Bergeron?

Answer "Yes" or "No."

_____

If you answered "Yes" to Question No. 4, then answer Question No. 8.

If you answered "No" to Question No. 4, then answer Question No. 5.

**Question No. 5**

What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff Myrell Bergeron for the damages, if any, you have found Defendant LCMC Urgent Care, LLC caused Plaintiff Myrell Bergeron due to its failure to reasonably accommodate Plaintiff Myrell Bergeron?

Answer in dollars and cents for the following items and none other:

1. Past pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life.

$_____

2. Future pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life.

$_____

2

**Question No. 6**

Do you find that Plaintiff Myrell Bergeron should be awarded punitive damages?

Answer "Yes" or "No."

_____

If you answered "Yes" to Question No. 6, then answer Question No. 7.

If you answered "No" to Question No. 6, then answer Question No. 8.

**Question No. 7**

What sum of money should be assessed against Defendant LCMC Urgent Care, LLC as punitive damages?

Answer in dollars and cents:

$_____

*ADA Retaliation Claim*

**Question No. 8**

Did Plaintiff Myrell Bergeron engage in protected activity?

Answer "Yes" or "No."

_____

If you answered "Yes" to Question No. 8, then answer Question No. 9.

If you answered "No" to Question No. 8, then answer Question No. 11.

**Question No. 9**

Has Plaintiff Myrell Bergeron proved by a preponderance of the evidence that Defendant LCMC Urgent Care, LLC would not have terminated her employment but for her engagement in protected activity under the ADA?

Answer "Yes" or "No."

_____

If you answered "Yes" to Question No. 9, then answer Question No. 10.

If you answered "No" to Question No. 9, then Answer Question No. 11.

**Question No. 10**

What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff Myrell Bergeron for the damages, if any, you have found Defendant LCMC Urgent Care, LLC caused Plaintiff Myrell Bergeron by retaliating against her?

Answer in dollars and cents for the following items and none other:

1. Past pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life.

$_____

2. Future pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life.

$_____

*Battery Claim*

**Question No. 11**

Did Defendant LCMC Urgent Care, LLC's employee intend to inflict offensive contact between Plaintiff Myrell Bergeron and shellfish?

Answer "Yes" or "No."

_____

If you answered "Yes" to Question No. 11, then answer Question No. 12.

**Question No. 12** **If you answered "No" to Question No. 11, then you are finished.  Please have the foreperson date and sign this form and notify the bailiff that you are finished.**

Was the conduct of Defendant LCMC Urgent Care, LLC's employee in intentionally causing an offensive contact between Plaintiff Myrell Bergeron and shellfish primarily employment-rooted?

Answer "Yes" or "No."

_____

If you answered "Yes" to Question No. 12, then answer Question No. 13.

If you answered "No" to Question No. 12, then you are finished.  Please have the foreperson date and sign this form and notify the bailiff that you are finished.

**Question No. 13**

Was the conduct of Defendant LCMC Urgent Care, LLC's employee in intentionally causing an offensive contact between Plaintiff Myrell Bergeron and shellfish motivated by personal issues or antagonisms towards Plaintiff Myrell Bergeron?

Answer "Yes" or "No."

_____

If you answered "Yes" to Question No. 13, then you are finished. Please have the foreperson date and sign this form and notify the bailiff that you are finished.

If you answered "No" to Question No. 13, then answer Question No. 14.

**Question No. 14**

Do you find by a preponderance of the evidence that the Plaintiff Myrell Bergeron suffered any damages that were caused by Defendant LCMC Urgent Care's employee intentionally causing an offensive contact between Plaintiff Myrell Bergeron and shellfish?

Answer "Yes" or "No."

_____

If you answered "Yes" to Question No. 14, then answer Question No. 15.

If you answered "No" to Question No. 14, then you are finished. Please have the foreperson date and sign this form and notify the bailiff that you are finished.

**Question No. 15**

What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff Myrell Bergeron for the damages, if any, you have found Defendant LCMC Urgent Care, LLC caused Plaintiff Myrell Bergeron by intentionally causing an offensive contact between Plaintiff Myrell Bergeron and shellfish?

Answer in dollars and cents for the following items and none other:

1. Past pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life.

$_____

2. Future pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life.

$_____

Date: _____   Jury Foreperson: _____

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**


BY:  /s/ Christine M. White
　　　Christine Marie White (#28804)
　　　Emily Olivier Kesler (#37747
　　　201 St. Charles Avenue, Suite 3600
　　　New Orleans, LA  70170
　　　Telephone:  (504) 566-8634
　　　Facsimile:  (504) 636-3975
　　　Email: cmwhite@bakerdonelson.com
　　　　　　 ekesler@bakerdonelson.com


**COUNSEL FOR LCMC URGENT CARE, LLC**


**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of April 2022 the foregoing document was served on all counsel of record by causing a copy of same to be electronically filed with the Clerk of Court using the CM/ECF system and/or by U.S. Mail and Email.

　　　　　　　　　　　　　　　　　 s/ Christine M. White
　　　　　　　　　　　　　　　　　CHRISTINE M. WHITE

6